

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00059-CV

## IN THE MATTER OF THE MARRIAGE OF
## CYNTHIA MAZANEC AND MARK MATTHEW MAZANEC

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2022-1972-4**

## MEMORANDUM OPINION

Cynthia Mazanec and Mark Matthew Mazanec filed a "Joint Motion to Dismiss Appeal" on June 18, 2024, asserting that they have settled all disputes between them and that the appeal is no longer necessary. A signed copy of a document entitled "Binding Settlement Agreement" is attached to the motion. The parties seek relief pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), requesting that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the "Joint Motion to Dismiss Appeal." The Final Decree of Divorce signed on January 23, 2024 is set aside without regard to the merits, and the case

is remanded to the trial court for rendition of a judgment in accordance with the parties' Binding Settlement Agreement.

The parties have agreed in the Binding Settlement Agreement that "costs on appeal will be borne by the party incurring the same." Pursuant to the agreement of the parties, it is ordered that costs of this proceeding are taxed against the party incurring the same.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted; judgment set aside; case remanded
Opinion delivered and filed July 11, 2024
[CV06]

